UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KATTY RIVERA,

                Plaintiff,

    - against -

QUINN RESTAURANT CORPORATION d/b/a
WATER'S EDGE RESTAURANT, SINGH
HOSPITALITY GROUP, HARENDRA SINGH and
ABHI MUKERJEE, *Individually*,

                Defendants.
-------------------------------------------------------------X

Case No. 1:13-CV-00522
(KAM) (RER)

In accordance with Rule 41 of the Federal Rules of Civil Procedure, **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, KATTY RIVERA, and Defendants, QUINN RESTAURANT CORPORATION d/b/a WATER'S EDGE RESTAURANT, SINGH HOSPITALITY GROUP, HARENDRA SINGH and ABHI MUKERJEE, through their undersigned counsel, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the Complaint and all claims alleged therein be dismissed with prejudice and without costs or attorneys' fees.

PHILLIPS & ASSOCIATES, PLLC
*Attorneys for Plaintiff*

By: _____
Jesse Rose, Esq.
45 Broadway; Suite 620
New York, New York 10006
(212) 248-7431
JRose@TPGlaws.com

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendants*

By: _____
Keith Gutstein, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100
kgutstein@kdvglaw.com

**SO ORDERED:**

_____
U.S.D.J.

4851-1801-8584, v. 1